# TERRENCE LEON HOLMES

## ATTORNEY AT LAW

455 Milam Street
Beaumont, Texas 77701-4914
Tel (409) 832-6041
Fax (409) 832-6078
Email: terrencelholmes@aol.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/5/2015 5:12:49 PM
CHRISTOPHER A. PRINE
Clerk

October 5, 2015

**LEGAL MAIL**
First Court of Appeals
**c/o CHRISTOPHER A. PRINE**
301 Fannin Street
Houston, TX 77002-2066

> **RE:    EARL WILMORE vs THE STATE OF TEXAS**
> **APPEAL NO:       01-15-00027-CR**
> **TRIAL CT. NO:    13-17241**

Dear MR. PRINE,

Attached please find a copy of the certified letter mailed to appellant on June 8, 2015 which enclosed a copy of the clerk's record and reporter's record.

Also, attached is the USPS tracking for that certified mailing.

Thank you for your time and attention in this matter.

Sincerely,

*/s/Terrence Leon Holmes*
Terrence Leon Holmes
Attorney at Law

TLH/mbj

Attachment